ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com

*Attorneys for IBEW Plus Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD B. HOGUE,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICE, INC.; SELENE FINANCE, LLC; MOUNTAIN AMERICA CREDIT UNION; SILVER STATE SCHOOLS CREDIT UNION; IBEW PLUS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:16-CV-01620-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No.1]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Richard B. Hogue ("Plaintiff"), and Defendant IBEW Plus Credit Union ("IBEW Plus"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on July 11, 2016 [ECF No. 1].

2. IBEW Plus was served with process on or about July 20, 2016.

3. IBEW Plus recently retained counsel and a short extension is necessary to allow IBEW Plus's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and IBEW Plus also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for IBEW Plus to respond to the Complaint until September 2, 2016. This will allow the parties to continue settlement discussions without

1  incurring additional fees and expenses.  Plaintiff has no objection to the extension.

2      5.    IBEW Plus requests additional time to file a response to the Complaint and

3  Plaintiff does not object to the request.

4      6.    Therefore, the parties agree that IBEW Plus's response to the Complaint is now

5  due on or before **September 2, 2016**.

DATED:  August 11, 2016.                                            DATED:  August 11, 2016.

GORDON & REES LLP                                              HAINES & KRIEGER, LLC

*/s/ Robert S. Larsen*                                                       */s/ David H. Krieger*
ROBERT S. LARSEN, ESQ.                                     DAVID H. KRIEGER, ESQ.
Nevada Bar No. 7785                                                 Nevada Bar No. 9086
300 South Fourth Street, Suite 1550                          8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada  89101                                        Las Vegas, NV  89123

*Attorneys for IBEW Plus Credit Union*                  *Attorneys for Plaintiff Richard E. Hogue*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   8-11-2016