**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD B. HOGUE, | Case No. 2:16-CV-1620 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| ALLIED COLLECTION SERVICE, INC., et al, | |
| Defendant(s). | |

Presently before the court is a joint motion to dismiss defendant Experian Information Solutions, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF No. 25).

Plaintiff Richard Hogue and defendant Experian Information Solutions, Inc. ("Experian") have jointly moved to dismiss Experian from the instant action, with prejudice, each party to bear its own costs.  (ECF No. 25 at 1–2).

The court will grant the parties' joint motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's and Experian's joint motion to dismiss defendant Experian Information Solutions, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2) (ECF No. 25) be, and the same hereby is, GRANTED consistent with the foregoing.

DATED January 13, 2017.

_____
UNITED STATES DISTRICT JUDGE