# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD B. HOGUE,<br><br>                      Plaintiff(s),<br><br>    v.<br><br>ALLIED COLLECTION SERVICE, INC., et al,<br><br>                      Defendant(s). | Case No. 2:16-CV-1620 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Hogue v. Allied Collection Service, Inc. et al.*, case number 2:16-cv-01620-JCM-VCF.

On May 12, 2017, plaintiff filed a motion for entry of clerk's default as to defendant Mountain America Credit Union ("MACU"). (ECF No. 33). On May 22, 2017, MACU filed an answer. (ECF No. 35).

In light of MACU's answer (ECF No. 35), the court will deny plaintiff's motion for entry of clerk's default (ECF No. 33) as moot.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for entry of clerk's default as to MACU (ECF No. 33) be, and the same hereby is, DENIED as moot.

DATED May 24, 2017.

                                                                                         UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**