Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD B. HOGUE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALLIED COLLECTION SERVICE, INC; SELENE FINANCE, LLC; MOUNTAIN AMERICA CREDIT UNION; SILVER STATE SCHOOLS CREDIT UNION; IBEW PLUS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　DEFENDANTS. | Case No. 2:16-cv-01620-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF MOUNTAIN AMERICA CREDIT UNION, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Mountain America

- 1 -

Credit Union, from the above captioned action, with prejudice.  Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated: July 21, 2017
Respectfully submitted,

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br> *Counsel for Plaintiff* | /s/ *Lindsay C Demaree* <br> Joel Edward Tasca, Esq. <br> Nevada Bar No. 14124 <br> Lindsay C Demaree, Esq. <br> Nevada Bar No. 11949 <br> BALLARD SPAHR LLP <br> 100 N. City Parkway, Suite 1750 <br> Las Vegas, NV 89106 <br> Phone: 702-471-7000 <br> Fax: 702-471-7070 <br> Email: tasca@ballardspahr.com <br> Email: demareel@ballardspahr.com <br> *Counsel for Defendant* <br> *Mountain America Credit Union* |
| /s/ *Ramir Mitchell Hernandez* <br> Michael R Brooks, Esq. <br> Nevada Bar No. 7287 <br> Ramir Mitchell Hernandez, Esq. <br> Nevada Bar No. 13146 <br> BROOKS HUBLEY, LLP <br> 1645 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Phone: 702-851-1191 <br> Fax: 702-851-1198 <br> Email: mbrooks@brookshubley.com <br> Email: rhernandez@brookshubley.com <br> *Counsel for Defendant* <br> *Silver State Schools Credit Union* | |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 2, 2017.