David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ. LLC
8465 W. Sahara Ave.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: Allison@nevadaslawyers.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD B. HOGUE,<br><br>Plaintiff,<br>vs.<br>ALLIED COLLECTION SERVICE, INC; SELENE FINANCE, LLC; MOUNTAIN AMERICA CREDIT UNION; SILVER STATE SCHOOLS CREDIT UNION; IBEW PLUS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br>Defendants. | CASE NO. **2:16-cv-01620-JCM-VCF**<br><br>**MOTION TO SEAL EXHBIITS TO PLAINTIFF'S RESPONSE TO DEFENDANT SILVER STATE SCHOOLS CREDIT UNION'S MOTION FOR SUMMARY JUDGMENT** |

- 1 -

Plaintiff Richard Hogue ("Plaintiff") moves under Nevada Local Rule 10-5 and Federal Rule of Civil Procedure 5.2 for leave to file certain exhibits to his Response to Defendant Silver State Schools Credit Union's ("Silver State") Motion for Summary Judgment under seal or redacted in part, as described below.

## MEMORANDUM OF POINTS AND AUTHORITIES

While courts recognize a general right to "inspect and copy public records and documents, including judicial records and documents,"[1] access to judicial records is not absolute.[2] "[T]he court may order that a filing be made under seal without redaction."[3] To seal documents attached to a motion for summary judgment, a party must demonstrate a compelling reason to prevent disclosure,[4] which can occur when public records "become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets."[5]

While Plaintiff is unwilling to acknowledge that the circumstances of this case permit Defendant Silver State categorical protection of all of the documents it has produced in discovery, unique identifiers – such as full financial account numbers, social security numbers, and the like – have been produced in discovery, yet have little relevance to prosecution of the case, and a potential for great harm if widely disseminated. Plaintiff files under seal or redacts those portions of exhibits and deposition testimony that the parties marked confidential in accordance with this Court's Protective Order.[6]

//
//
//
//

---

[1] *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 n.7 (1978).
[2] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).
[3] Fed. R. Civ. P. 5.2(d).
[4] *Kamakana*, 447 F.3d at 1178-79; *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092 (9th Cir. 2016).
[5] *Kamakana*, 447 F.3d at 1178-79; *see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).
[6] *See* ECF Dkt. 19.

**CONCLUSION**

For the foregoing reasons, Plaintiff requests that the motion to seal be granted as to his Response to Defendant Silver State Schools Credit Union's Motion for Summary Judgment.

Dated: July 31, 2017

    Respectfully submitted,

    */s/ Miles N. Clark*
    Matthew I. Knepper, Esq.
    Miles N. Clark, Esq.
    KNEPPER & CLARK LLC
    10040 W. Cheyenne Ave., Ste. 170-109
    Las Vegas, NV 89129

    Allison R. Schmidt, Esq.
    ALLISON R. SCHMIDT ESQ. LLC
    8465 W. Sahara Ave.
    Suite 111-504
    Las Vegas, Nevada 89117

    David H. Krieger, Esq.
    HAINES & KRIEGER, LLC
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123

    Attorneys for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-16-2017

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **MOTION TO SEAL EXHBIITS TO PLAINTIFF'S RESPONSE TO DEFENDANT SILVER STATE SCHOOLS CREDIT UNION'S MOTION FOR SUMMARY JUDGMENT** was served via the U.S. District Court's electronic filing system to all individuals entitled to receive service thereon.

/s/ Lucille Chiusano
An employee of Knepper & Clark LLC