1  MICHAEL R. BROOKS, ESQ.
   Nevada Bar No. 007287
2  DAVID R. CLAYSON, ESQ.
   Nevada Bar No. 002826
3  KOLESAR & LEATHAM
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-Mail:    mbrooks@klnevada.com
6             dclayson@klnevada.com

7  *Attorneys for Defendant*
   *Silver State Schools Credit Union*

8

9

10

11              **UNITED STATES DISTRICT COURT**

12                 **DISTRICT OF NEVADA**

13                       * * *

14  RICHARD B. HOGUE,                    CASE NO. 2:16-cv-01620-JCM-VCF

15              Plaintiff,
                                         **DEFENDANT SILVER STATE**
16        vs.                            **SCHOOL CREDIT UNION'S**
                                         **MOTION FOR ATTORNEY'S FEES**
17  ALLIED COLLECTION SERVICE, INC;
    SELENE FINANCE, LLC; MOUNTAIN
18  AMERICA CREDIT UNION; SILVER
    STATE SCHOOLS CREDIT UNION;
19  IBEW PLUS CREDIT UNION; EQUIFAX
    INFORMATION SERVICES, LLC;
20  EXPERIAN INFORMATION
    SOLUTIONS, INC.,
21
                Defendants.
22

23        Defendant SILVER STATE SCHOOLS CREDIT UNION ("SSSCU"),  by and through

24  its counsel Kolesar & Leatham, and hereby moves this Court for an award of its attorney's fees

25  against the Plaintiff RICHARD B. HOGUE pursuant to 15 U.S.C. § 1681n(c).

26        SSSCU's Motion is made and based upon the attached Memorandum of Points and

27  Authorities, the papers and pleadings on file in this matter, SSSCU's Motion for Summary

28  Judgment filed July 10, 2017 (ECF No. 43), SSSCU's Opposition to Plaintiff's Motion for

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1  Summary Judgment filed July 31, 2017 (ECF No. 50), SSSCU'S Reply to Plaintiff's Response to

2  SSSCU's Motion for Summary Judgment (ECF No. 57), this Court's Order Granting the Motion

3  for Summary Judgment (ECF No. 66), and any oral argument that this Court wishes to hear.

4      DATED this 21st day of February, 2018.

5                                      KOLESAR & LEATHAM

6

7  By _____
                                      MICHAEL R. BROOKS, ESQ.
8                                     Nevada Bar No. 007287
                                      DAVID R. CLAYSON, ESQ.
                                      Nevada Bar No. 002826
9                                     400 South Rampart Boulevard
                                      Suite 400
10                                    Las Vegas, Nevada  89145

11                                    *Attorneys for Defendant*
                                      *Silver State Schools Credit Union*
12

13                  **MEMORANDUM OF POINTS AND AUTHORITIES**

14  **I.  INTRODUCTION**

15      In this Court's Order (ECF No. 66) granting summary judgment in favor of

16  SSSCU, this Court found that there were no facts presented by the Plaintiff that would

17  demonstrate that SSSCU violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the

18  "FCRA").  Most significantly, it is undisputed that the Plaintiff never made a single request for

19  credit during the relevant time in the pleadings on file in this matter which would have impacted

20  any financial interest of the Plaintiff with respect to any alleged violation of the FCRA by

21  SSSCU.  In other words, Plaintiff pursued the instant litigation fully knowing that he could never

22  claim that he was harmed by SSSCU.  Therefore, the Plaintiff knew, or should have known, that

23  he did not have a valid basis for any theory of recovery against SSSCU for violating the FCRA at

24  the time he decided to institute this action.  This means Plaintiff's action against SSSCU was

25  filed in bad faith, warranting imposition of attorney's fees pursuant to 15 U.S.C. § 1681n(c).

26  **II.  STATEMENT OF FACTS**

27      The Plaintiff Richard B. Hogue filed his Complaint on July 11, 2016 (ECF No. 3) against

28  SSSCU and other defendants.  The Complaint contained two causes of action, but the only cause

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

2823265 (10158-8)

1    of action against SSSCU alleged violations of the FCRA.    SSSCU then filed its Motion for

2    Summary Judgment one day short of a full year later (ECF No. 43) because there was no legal

3    nor factual basis for any claims against SSSCU.  This Court granted SSSCU's motion[1] finding

4    that SSSCU's investigation was reasonable, SSSCU did not act willfully, and finally that

5    Plaintiff did not suffer any damages pursuant to the FCRA requirements.

6        Plaintiff alleged that SSSCU failed to properly investigate a credit dispute involving the

7    reporting of an auto loan he had with SSSCU that was discharged through bankruptcy. (ECF No.

8    42)  Plaintiff made SSSCU aware of the discharge, and then SSSCU provided the updated

9    information to  Defendant Experian, which is a consumer reporting agency.  As stated in this

10   Court's order summarizing Plaintiff's claims: "Plaintiff asserts that Silver State's report

11   contradicts itself.  Silver State reported that the account had been discharged in the bankruptcy,

12   that he still owed over $14,000 on the auto loan and had not made payments in years, but also

13   that the account balance was $0." (ECF No. 66)

14       This Court rejected all of the Plaintiff's arguments.  This Court found that SSSCU

15   reviewed all of the relevant information regarding the dispute forwarded to it by Experian and

16   then made all of the changes as requested by the Plaintiff and then produced an automated credit

17   dispute verification that it sent to Experian.  *Id.*  While Plaintiff contended that the updated report

18   was not sent to a credit reporting agency, Trans Union, but SSSCU was able to demonstrate that

19   the updated credit report was automatically forwarded to Trans Union—hence any failure to

20   update information was due to the fault of Trans Union and not SSSCU[2].

21       Plaintiff also complained that the credit report still included the delinquencies by the

22   Plaintiff in the credit history and that the collateral (the car) was surrendered.  Plaintiff argued

23   that these entries should have been taken out of the history, but this Court expressly held that

24   SSSCU "is under no obligation to remove this accurate information from its report" because the

25   cited case law held that "Bankruptcy does not serve to rewrite history, but serves to prevent

26   _____

27   [1] Order filed on February 7, 2018 (ECF 66).

28   [2] Furthermore, this allegation of failure to notify Trans Union was late filed because it was not timely pled by the
     Plaintiff.  This Court agreed. *Id.*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1  continued collection activities." *Id.*[3]  This Court's holding meant that SSSCU did not report

2  anything inaccurately.

3      This Court further held that because SSSCU did not violate the FCRA that there could be

4  no willfulness.  *Id.*  Finally, Plaintiff failed to show any damages because there was no violation

5  of the FCRA; furthermore, Plaintiff even failed to present a scintilla of evidence that any third-

6  party ever saw the disputed information found in the dispute results report.  *Id.*  What this means,

7  of course, is that even if there were a violation of the duty to investigate and report that liability

8  under FCRA is dependent on "whether a third-party sees a consumer report and makes a credit

9  decision based on that report."  *Id.*  That means that Plaintiff went ahead and pursued litigation

10  against SSSCU fully knowing that he suffered not harm as a result of SSSCU.  The Plaintiff

11  made no attempt to secure credit in which the SSSCU reporting would play a role; furthermore,

12  Plaintiff was not denied credit or suffered any harm due to the SSSCU reporting.

13      The Plaintiff's deposition provides further proof that there was no basis for the filing of

14  the instant action. He was meticulously asked about all aspects of his consumer report from

15  SSSCU information contained any inaccurate information.  He responded that there was nothing

16  inaccurate except for his belief that the actual history of his loan with SSSCU should not be

17  included after the bankruptcy discharged[4].  The only relevant time period for this matter in which

18  it appears that credit was sought the Plaintiff did not include himself (which would include the

19  SSSCU credit history) but only had his wife on the application due to his prior bankruptcy—

20  which demonstrates that the SSSCU credit history played no role in harming or damaging his

21  credit rating or history[5].

22      In spite of Plaintiff's lack of any factual nor legal basis for imposing liability against

23  SSSCU, Plaintiff did not accept the Offer of Judgment served on it by SSSCU on January 13,

24  2017.  (Exhibit B to this Motion).

25
26  [3] This Court further held that Plaintiff failed to dispute the account balances in his original dispute letter, which is a further reason why SSSCU was under no obligation to investigate or correct this purported error. *Id.*

27  [4] Deposition of Richard Bronson Hogue, taken on February 10, 2017, page 145.  References in this brief to the Plaintiff's deposition are attached hereto as Exhibit A.

28  [5] Deposition of Richard Bronson Hogue, page 319.

Exhibit C to this Motion is a compilation of the legal fees in this matter[6] while Exhibit D is the affirmation of moving counsel explaining the justification for the legal fees claimed and authenticating Exhibits A, B and C.

## III. ARGUMENT

15 U.S.C. § 1681n(c) provides the legal basis upon which Plaintiff is required to compensate SSSCU for its attorney's fees in this matter:

> Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.

The Offer of Judgment in this matter was based upon the Federal Rules of Civil Procedure 68. The decision in *MRO Communications, Inc. v. American Tel. & Tel. Co.,* 197 F.3d 1276, 1280 (9th Cir. 1999) provides guidance with respect to why 15 U.S.C. § 1681n(c) and Federal Rules of Civil Procedure 68 provide sufficient legal authority for this Court to award SSSCU attorney's fees in this matter:

> Federal Rule 68 provides notice that if the judgment awarded to the plaintiff is less than the offer made by the defendant, the plaintiff "must pay the costs incurred after the making of the offer." The term "costs" is not defined in Federal Rule 68. The Supreme Court interpreted the word "costs" as used in Federal Rule 68 in *Marek v. Chesny,* 473 U.S. 1, 105 S.Ct. 3012, 87 L.Ed.2d 1 (1985). The Court first explained that "under the 'American Rule,' each party had been required to bear its own attorney's fees." *Id.* at 8, 105 S.Ct. 3012. The Court noted, however, that there are exceptions to the "American Rule." "[M]ost of the exceptions were found in federal statutes that directed courts to award attorney's fees as part of costs in particular cases." *Id.* (citing *Alyeska Pipeline Serv. Co. v. Wilderness Society,* 421 U.S. 240, 260–261, 95 S.Ct. 1612 (1975)). The Court concluded in *Marek* that "the most reasonable inference is that the term 'costs' in Rule 68 was intended to refer to all costs properly awardable under the relevant substantive statute or other authority." *Id.* at 9, 105 S.Ct. 3012. The Court held in *Marek* that attorneys' fees are included in the word "costs" in Federal Rule 68 in actions filed pursuant to 42 U.S.C. § 1983 because § 1988 expressly provides that a prevailing party may be awarded attorneys' fees as part of the costs. *Id.* In *United States v. Trident Seafoods Corp.,* 92 F.3d 855 (9th Cir.1996), we held that "[t]he term 'costs' in Rule 68 is intended to refer to all costs properly awardable under the relevant substantive statute." *Id.* at 860 (citing *Marek v. Chesny,* 473 U.S. 1, 9, 105 S.Ct. 3012, 87 L.Ed.2d 1 (1985).

---

[6] The legal descriptions of the work performed are not included because they contain attorney work product describing the work performed and this matter is still moving forward due to the Plaintiff's filing a Notice of Appeal.

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1    Therefore, because 15 U.S.C. § 1681n(c) provides for an award of attorney's fees in this

2    matter involving a FCRA claim, then the Plaintiff's failure to accept the Offer of Judgment more

3    than one year ago and then obtaining a result less favorable as a result justifies imposition of

4    attorney's fees in this matter.

5    Even without the Offer of Judgment, SSSCU would be entitled to its attorney's fees in

6    this matter.  As the court in *Mayle v. Equifax Information Services, Inc.,* 2006 WL 8424343

7    (N.D.Ill. 2006) held, the defendants in a FCRA case may be entitled to an award of attorney's

8    fees.  In *Mayle*, the plaintiff applied for a student loan, which was approved and the proceeds of

9    the loan were put into her account.  Ten years later, she learned from her credit report that she

10   still owed money from that loan.  She contested this with the company that loaned her the money

11   as well as with Trans Union, LLC and Experian Information Solutions, Inc.   When these

12   defendants found that the proceeds of the loan were deposited into her account, then the

13   defendants made a written demand that the plaintiff dismiss all her claims, which she did.  They

14   then moved for attorney's fees the plaintiff had pursued that litigation in bad faith, and the court

15   granted the motion.

16   SSSCU likewise moves for an award of its attorney's fees in this matter.  As outlined

17   above and succinctly stated in this Court's Order (ECF No. 66), there is absolutely no basis upon

18   which Plaintiff could maintain a claim against SSSCU for violation of the FCRA.   Most

19   significantly, Plaintiff had no evidence that any third-party ever saw the credit report that was

20   allegedly harming his credit rating.  Without that basic fact, there could be no violation of the

21   FCRA and no basis for any harm or damages.  Next, the credit report supplied by SSSCU did not

22   have any errors.  Therefore, there was simply no basis for bringing this action and it was simply

23   in bad faith for SSSCU to have to defend this matter and especially egregious for the Plaintiff to

24   not accept the Offer of Judgment served one year ago when there was no basis for recovery in

25   this matter.

26   In *Goodyear Tire & Rubber Co. v. Haeger,* 137 S.Ct. 1178, 1188, 197 L.Ed.2d 585

27   (2017), The United States Supreme Court directed that "If a plaintiff initiates a case in complete

28   //

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL.: (702) 362-7800 / FAX: (702) 362-9472

1  bad faith, so that every cost of defense is attributable only to sanctioned behavior, the court may

2  again make a blanket award" imposing a requirement to pay all of the other side's legal fees.

3      Dated this 21st day of February, 2018.

4                              KOLESAR & LEATHAM

5

6      By _____
                              MICHAEL R. BROOKS, ESQ.
7                              Nevada Bar No. 007287
                              DAVID R. CLAYSON, ESQ.
8                              Nevada Bar No. 002826
                              400 South Rampart Boulevard
9                              Suite 400
                              Las Vegas, Nevada  89145

10

11                              *Attorneys for Defendant*
                              *Silver State Schools Credit Union*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

2823265 (10158-8)

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 21st day of February, 2018, I caused to be served a true and correct copy of foregoing **DEFENDANT SILVER STATE SCHOOL CREDIT UNION'S MOTION FOR ATTORNEY'S FEES** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities upon the following:

- **V. R. Bohman** - vbohman@swlaw.com, lluxford@swlaw.com, jforrest@swlaw.com, docket_las@swlaw.com
- **Michael R Brooks** - mbrooks@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com
- **Miles N Clark** - miles.clark@knepperclark.com, efiling@knepperclark.com
- **Lindsay C Demaree** - demareel@ballardspahr.com, lvdocket@ballardspahr.com, carltonm@ballardspahr.com, vigila@ballardspahr.com, costellomc@ballardspahr.com
- **Charles E Gianelloni** - cgianelloni@swlaw.com, mfull@swlaw.com, docket_las@swlaw.com, jvelarde@swlaw.com, jmath@swlaw.com
- **Ramir Mitchell Hernandez** - rhernandez@wrightlegal.net, jcraig@wrightlegal.net, NVefile@wrightlegal.net
- **Matthew I Knepper** - matthew.knepper@knepperclark.com, efiling@knepperclark.com
- **David H. Krieger** - dkrieger@hainesandkrieger.com, igotnotices@hainesandkrieger.com, rachel@hainesandkrieger.com, ghaines@hainesandkrieger.com
- **Robert S. Larsen** - rlarsen@gordonrees.com, bwalters@grsm.com, , gangulo@gordonrees.com, rwise@gordonrees.com, mogella@gordonrees.com, sowens@grsm.com, psu@gordonrees.com, wwong@gordonrees.com, pprice@gordonrees.com
- **Bob L. Olson** - bolson@swlaw.com, mfull@swlaw.com, docket_las@swlaw.com, cgianelloni@swlaw.com, jvelarde@swlaw.com, jmath@swlaw.com
- **Allison R. Schmidt** - allisonschmidtesq@gmail.com
- **Joel Edward Tasca** - tasca@ballardspahr.com, lvdocket@ballardspahr.com, carltonm@ballardspahr.com, waltons@ballardspahr.com

An Employee of KOLESAR & LEATHAM

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL.: (702) 362-7800 / FAX: (702) 362-9472

EXHIBIT "A"

EXHIBIT "A"

```
 1                 UNITED STATES DISTRICT COURT
 2                    DISTRICT OF NEVADA
 3
 4    RICHARD B. HOGUE,              )
                                     )
 5                   Plaintiff,      )
                                     ) Case No.
 6                                   ) 2:16-cv-01620-JCM-VCF
      vs.                            )
 7                                   )
      ALLIED COLLECTION SERVICE,     )
 8    INC; SELENE FINANCE, LLC;      )
      MOUNTAIN AMERICA CREDIT        )
 9    UNION; SILVER STTE SCHOOLS     )
      CREDIT UNION; IBEW PLUS        )
10    CREDIT UNION; EQUIFAX          )
      INFORMATION SERVICES, LLC;     )
11    EXPERIAN INFORMATION           )
      SOLUTIONS, INC.                )
12                                   )
                     Defendant.      )
13    _____)
14
15
16          DEPOSITION OF RICHARD BRONSON HOGUE
                   LAS VEGAS, NEVADA
17                 FEBRUARY 10, 2017
18
19
20
21
22
23    Reported By: LISA MAKOWSKI, CCR 345, CA CSR 13400
24    JOB NO:  2507258
25    Pages 1 - 326
```

Page 1

```
 1              THE WITNESS:  I have no idea.
 2    BY MR. HERNANDEZ:
 3         Q.   Do you have any facts to contradict that
 4    the vehicle was voluntarily surrendered in March of
 5    2010?
 6              MR. CLARK:  Objection; calls for a legal
 7    conclusion and assumes that, you know, other
 8    evidence could not be produced in this case
 9    pursuant to the court's scheduling order.
10              So answer if you can.
11              THE WITNESS:  No, I don't have any facts.
12    BY MR. HERNANDEZ:
13         Q.   Okay.  Mr. Hogue, we have gone over this.
14    And what is inaccurate about this credit report?
15              MR. CLARK:  Objection; vague and calls
16    for a legal conclusion.
17              THE WITNESS:  I don't know exactly what's
18    inaccurate about it.  I just -- I know that it was
19    included in my bankruptcy.
20              MR. HERNANDEZ:  Okay.  All right.  Let's
21    go to lunch.
22              (A lunch recess was taken.)
23              MR. HERNANDEZ:  We are back on the
24    record.  Let's go.
25    / / /
```

Page 145

```
 1    home.
 2              MR. HERNANDEZ:  Objection as to
 3    relevance.
 4              THE WITNESS:  Correct.
 5    BY MR. CLARK:
 6        Q.   And so what -- what did -- what were the
 7    reasons given that you couldn't be on that -- on
 8    that mortgage application?
 9        A.   I believe they said it was because a
10    bankruptcy was still in my credit history and there
11    has to be X amount of years outside of that to be
12    able to be put on the loan for a home.
13        Q.   And you may not -- you may not recall,
14    but do you recall how many -- how many years that
15    is, how many years they explained?
16        A.   Well, they said depending on the type of
17    loan, FHA or whatever the different versions out
18    there, I think they said it was either five or
19    seven years.
20        Q.   When they say -- but you're not sure?
21        A.   No, I'm not positive.
22        Q.   Just want to make sure I've got
23    everything, so I know.
24              Last thing.  Do you recall being shown
25    some discovery requests?  And this is -- I believe
```

Page 319

EXHIBIT "B"

EXHIBIT "B"

Michael R. Brooks, Esq.
Nevada Bar No. 7287
mbrooks@brookshubley.com
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
rhernandez@brookshubley.com
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel: (702) 851-1191 | Fax: (702) 851-1198
*Attorneys for Defendant Silver State Schools Credit Union*

**BROOKS HUBLEY, LLP**
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHARD B. HOGUE,

Plaintiff,

v.

ALLIED COLLECTION SERVICE, INC; SELENE FINANCE, LLC; MOUNTAIN AMERICA CREDIT UNION; SILVER STATE SCHOOLS CREDIT UNION; IBEW PLUS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.

Defendants.

Case No.: 2:16-cv-01620

**DEFENDANT SILVER STATE SCHOOLS CREDIT UNION'S OFFER OF JUDGMENT**

TO: Richard Hogue, Plaintiff

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
Knepper & Clark LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE (702) 851-1191 FAX (702) 851-1198

1    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Silver State

2  Schools Credit Union, a state chartered credit union, hereby offers to allow Judgment to be

3  entered against it in this action in the amount of **$1,500.00** including all of Plaintiff's claims

4  for relief.

5    This offer of judgment is made for the purposes specified in Federal Rule of Civil

6  Procedure 68, and is not to be construed as either an admission that Defendant Schools Credit

7  Union is liable in this action , or that the Plaintiff, Richard Hogue, has suffered any damage.

8    If Plaintiff does not accept this offer, he may become obligated to pay Defendant Silver

9  State Schools Credit Union's costs incurred after the making of this offer in the event that he

10  does not recover a judgment that is more favorable than this offer of judgment pursuant to

11  Rule 68(d) of the Federal Rules of Civil Procedure.

12    To accept this offer, Plaintiff must serve written notice of this offer within fourteen (14)

13  days of the date this offer is made.

14    This Offer of Judgment will not be filed with this Court unless (a) accepted or (b) in a

15  proceeding to determine costs.

16    DATE:  January 13, 2017.

17                                                    BROOKS HUBLEY, LLP

18                                 By:    _/s/Ramir M. Hernandez_____
                                         Michael R. Brooks, Esq.
19                                       Ramir M. Hernandez, Esq.
                                         *Attorneys for Defendant SSSCU*

20

21

22

23

1200-0250/224522

1

## <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on this 13th day of January, 2017, I served the above and

3  foregoing **DEFENDANT SILVER STATE SCHOOLS CREDIT UNION'S OFFER OF**

4  **JUDGMENT** on the on the following parties that have appeared in this matter, via U.S. Mail,

5  First Class.

6           David H. Krieger, Esq.
            **HAINES & KRIEGER, LLC**
7           8985 South Eastern Avenue, Suite 350
            Henderson, Nevada 89123
8           *Attorney for Plaintiff*

9           Miles N. Clark, Esq.
            **KNEPPER & CLARK LLC**
10          10040 W. Cheyenne Ave.
            Suite 170-109
11          Las Vegas,, NV 89129
            *Attorney for Plaintiff*

12

13                          By:    */s/JoLynne Shaffer*
                                   An Employee of Brooks Hubley, LLP
14

15

16

17

18

19

20

21

22

23

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1200-0250/224522

# EXHIBIT "C"

# EXHIBIT "C"

# Brooks Hubley LLP
1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of July 31, 2016
Invoice No: 15036

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/21/2016 | RMH | 2.30 | 195.00 | 448.50 |
| 7/21/2016 | ACV | 0.80 | 250.00 | 200.00 |
| 7/21/2016 | MRB | 0.50 | 325.00 | 162.50 |
| 7/22/2016 | RMH | 1.80 | 195.00 | 351.00 |

|  | Sub-total Fees: | 1,162.00 |
|---|---|---|

| Rami Hernandez | 4.10 hours at $ 195.00/hr | 799.50 |
|---|---|---|
| Ace C. Van Patten | 0.80 hours at $ 250.00/hr | 200.00 |

**Brooks Hubley LLP**                                                                       Page:  2

Michael Brooks                    0.50 hours at $   325.00/hr              162.50
                      Total hours:        5.40

                                                    **Statement  Total**        1,162.00
                                                          Total Payments              0.00
                                                      Courtesy Discount:              0.00
                                                          **Total  Now  Due:**        1,162.00


Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 1,162.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

**Brooks Hubley LLP**
1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of August 31, 2016
Invoice No: 15182

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250: Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/2016 | RMH | | 0.20 | 195.00 | 39.00 |
| 8/2/2016 | RMH | | 0.70 | 195.00 | 136.50 |
| 8/3/2016 | RMH | | 1.20 | 195.00 | 234.00 |
| 8/3/2016 | MRB | | 0.40 | 325.00 | 130.00 |
| 8/10/2016 | RMH | | 1.20 | 195.00 | 234.00 |
| 8/12/2016 | RMH | | 0.30 | 195.00 | 58.50 |
| 8/12/2016 | MRB | | 0.40 | 325.00 | 130.00 |
| 8/15/2016 | RMH | | 0.60 | 195.00 | 117.00 |
| 8/15/2016 | MRB | | 0.40 | 325.00 | 130.00 |
| 8/24/2016 | RMH | | 0.30 | 195.00 | 58.50 |

**Brooks Hubley LLP**                                                                    Page:  2

| 8/25/2016 | RMH | | | 0.60 | 195.00 | 117.00 |

|  |  |  | Sub-total Fees: | 1,384.50 |
| --- | --- | --- | --- | --- |

| | Rami Hernandez | 5.10 hours at $ | 195.00/hr | 994.50 |
| --- | --- | --- | --- | --- |
| | Michael Brooks | 1.20 hours at $ | 325.00/hr | 390.00 |
| | Total hours: | 6.30 | | |

**Expenses**

| | | Units | Price | Amount |
| --- | --- | --- | --- | --- |
| 8/24/2016 | Postage. | 2.00 | 0.80 | 1.60 |
| | Sub-total Expenses: | | | 1.60 |

**Payments**

| 9/19/2016 | Payment | Check No. 00-0200047309 | 1,162.00 |
| --- | --- | --- | --- |
| | Sub-total Payments: | | 1,162.00 |

| **Statement Total** | 1,386.10 |
| --- | --- |
| Total Payments | 1,162.00 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 1,386.10 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
| --- | --- | --- | --- | --- |
| 1,386.10 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP
1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of September 30, 2016
Invoice No: 15243

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/3/2016 | RMH | | 1.20 | 195.00 | 234.00 |
| 9/6/2016 | RMH | | 3.60 | 195.00 | 702.00 |
| 9/6/2016 | MRB | | 0.40 | 325.00 | 130.00 |
| 9/8/2016 | MRB | | 0.20 | 325.00 | 65.00 |
| 9/12/2016 | RMH | | 0.50 | 195.00 | 97.50 |
| 9/14/2016 | RMH | | 0.20 | 195.00 | 39.00 |
| 9/15/2016 | MRB | | 0.60 | 325.00 | 195.00 |
| 9/19/2016 | MRB | | 0.30 | 325.00 | 97.50 |
| 9/20/2016 | RMH | | 2.20 | 195.00 | 429.00 |
| 9/21/2016 | RMH | | 0.60 | 195.00 | 117.00 |

**Brooks Hubley LLP**                                                      Page:  2

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/22/2016 | RMH | | 0.80 | 195.00 | 156.00 |
| 9/27/2016 | MRB | | 0.40 | 325.00 | 130.00 |
| 9/28/2016 | RMH | | 1.10 | 195.00 | 214.50 |
| 9/28/2016 | MRB | | 0.30 | 325.00 | 97.50 |
| 9/30/2016 | RMH | | 2.10 | 195.00 | 409.50 |

Sub-total Fees:  3,113.50

| | | | | |
|---|---|---|---|---|
| Rami Hernandez | 12.30 hours at $ | 195.00/hr | | 2,398.50 |
| Michael Brooks | 2.20 hours at $ | 325.00/hr | | 715.00 |
| | Total hours: | 14.50 | | |

**Expenses**

| Date | | | Units | Price | Amount |
|---|---|---|---|---|---|
| 9/15/2016 | Postage. | | 4.00 | 3.46 | 13.84 |

Sub-total Expenses:  13.84

**Payments**

| Date | | | | Amount |
|---|---|---|---|---|
| 10/12/2016 | Payment | Check No. 00-0200047516 | | 1,386.10 |

Sub-total Payments:  1,386.10

**Brooks Hubley LLP**                                                     Page:  3

| | |
|---|---|
| **Statement Total** | 3,127.34 |
| Total Payments | 1,386.10 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 3,127.34 |

### Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 3,127.34 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of October 31, 2016
Invoice No:  15352

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2016 | RMH | | 1.00 | 195.00 | 195.00 |
| 10/3/2016 | RMH | | 0.40 | 195.00 | 78.00 |
| 10/4/2016 | RMH | | 0.20 | 195.00 | 39.00 |
| 10/5/2016 | RMH | | 1.30 | 195.00 | 253.50 |
| 10/5/2016 | MRB | | 0.50 | 325.00 | 162.50 |
| 10/10/2016 | RMH | | 0.30 | 195.00 | 58.50 |
| 10/17/2016 | RMH | | 0.20 | 195.00 | 39.00 |
| 10/18/2016 | RMH | | 0.40 | 195.00 | 78.00 |
| 10/18/2016 | MRB | | 0.20 | 325.00 | 65.00 |
| 10/19/2016 | RMH | | 0.20 | 195.00 | 39.00 |

**Brooks Hubley LLP**                                                        Page:  2

| 10/24/2016 | MRB | | 0.20 | 325.00 | 65.00 |
| 10/27/2016 | RMH | | 0.50 | 195.00 | 97.50 |
| 10/27/2016 | MRB | | 0.30 | 325.00 | 97.50 |
| 10/29/2016 | RMH | | 0.20 | 195.00 | 39.00 |
| 10/31/2016 | RMH | | 0.80 | 195.00 | 156.00 |
| 10/31/2016 | MRB | | 0.50 | 325.00 | 162.50 |

Sub-total Fees:          1,625.00

| Rami Hernandez | 5.50 hours at $ | 195.00/hr | 1,072.50 |
| Michael Brooks | 1.70 hours at $ | 325.00/hr | 552.50 |
| Total hours: | 7.20 | | |

**Expenses**

| | | | Units | Price | Amount |
|---|---|---|---|---|---|
| 10/19/2016 | | Postage. | 3.00 | 1.36 | 4.08 |

Sub-total Expenses:          4.08

**Brooks Hubley LLP**

<div style="text-align: right">Page:  3</div>

|  |  |
|---|---|
| **Statement Total** | 1,629.08 |
| Total Payments | 0.00 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 4,756.42 |

### Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 4,756.42 | 0.00 | 0.00 | 3,127.34 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP
1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of November 30, 2016
Invoice No:  15420

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

**Professional Fees**

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 11/7/2016 | RMH | : | 0.20 | 195.00 | 39.00 |
| 11/14/2016 | RMH | | 1.10 | 195.00 | 214.50 |
| 11/14/2016 | MRB | | 0.30 | 325.00 | 97.50 |
| 11/15/2016 | MRB | | 0.20 | 325.00 | 65.00 |
| 11/21/2016 | RMH | | 0.20 | 195.00 | 39.00 |
| 11/29/2016 | RMH | | 0.40 | 195.00 | 78.00 |
| 11/29/2016 | ACV | | 0.20 | 250.00 | 50.00 |

**Brooks Hubley LLP**                                                                              Page:  2

|                          |                       | Sub-total Fees: | 583.00 |
|--------------------------|-----------------------|-----------------|--------|

| Rami Hernandez   | 1.90 hours at $ 195.00/hr | 370.50 |
| Ace C. Van Patten | 0.20 hours at $ 250.00/hr | 50.00 |
| Michael Brooks   | 0.50 hours at $ 325.00/hr | 162.50 |
| Total hours:     | 2.60 | |

| | |
|---|---|
| **Statement Total** | 583.00 |
| Total Payments | 0.00 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 5,339.42 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|-----------|-------------------|------------------|------------------|-------------------|
| 5,339.42  | 1,629.08          | 0.00             | 0.00             | 3,127.34          |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of November 30, 2016
Invoice No:  15476

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/15/2016 | RMH | 0.20 | 195.00 | 39.00 |
| 11/28/2016 | MRB | 0.20 | 325.00 | 65.00 |
| | Sub-total Fees: | | | 104.00 |

| | | | Amount |
|---|---|---|---|
| Rami Hernandez | 0.20 hours at $ | 195.00/hr | 39.00 |
| Michael Brooks | 0.20 hours at $ | 325.00/hr | 65.00 |
| Total hours: | 0.40 | | |

| | |
|---|---|
| Statement Total | 104.00 |
| Total Payments | 0.00 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 5,443.42 |

### Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 5,443.42 | 2,212.08 | 0.00 | 0.00 | 3,127.34 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of December 31, 2016
Invoice No: 15577

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/7/2016 | RMH | 1.20 | 195.00 | 234.00 |
| 12/7/2016 | ACV | 0.80 | 250.00 | 200.00 |
| 12/7/2016 | MRB | 0.30 | 325.00 | 97.50 |
| 12/8/2016 | RMH | 0.30 | 195.00 | 58.50 |
| 12/9/2016 | MRB | 0.20 | 325.00 | 65.00 |
| 12/13/2016 | RMH | 0.20 | 195.00 | 39.00 |
| 12/14/2016 | RMH | 0.20 | 195.00 | 39.00 |
| 12/15/2016 | RMH | 0.30 | 195.00 | 58.50 |

**Brooks Hubley LLP**                                                                 Page: 2

| 12/19/2016 | NL | | 0.40 | 135.00 | 54.00 |
|---|---|---|---|---|---|

|  |  | Sub-total Fees: | 845.50 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Rami Hernandez | 2.20 hours at $ | 195.00/hr | 429.00 |
| Nicole Lane | 0.40 hours at $ | 135.00/hr | 54.00 |
| Ace C. Van Patten | 0.80 hours at $ | 250.00/hr | 200.00 |
| Michael Brooks | 0.50 hours at $ | 325.00/hr | 162.50 |
| Total hours: | 3.90 | | |

**Expenses**

| | | Units | Price | Amount |
|---|---|---|---|---|
| 12/19/2016 | Postage. | 3.00 | 0.47 | 1.41 |

|  | Sub-total Expenses: | 1.41 |
|---|---|---|

**Payments**

| 1/17/2017 | Payment | Check No. 00-0200048132 | 1,629.08 |
|---|---|---|---|
| 1/17/2017 | Payment | Check No. 00-0200048131 | 104.00 |
| 1/23/2017 | Payment | Check No. 00-0200048231 | 583.00 |

|  | Sub-total Payments: | 2,316.08 |
|---|---|---|

| | |
|---|---|
| Statement Total | 846.91 |
| Total Payments | 2,316.08 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 3,974.25 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 3,974.25 | 0.00 | 3,127.34 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of January 31, 2017
Invoice No:  15681

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/3/2017 | MRB | 0.20 | 325.00 | 65.00 |
| 1/9/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 1/11/2017 | ACV | 0.20 | 250.00 | 50.00 |
| 1/11/2017 | RMH | 0.90 | 195.00 | 175.50 |
| 1/12/2017 | RMH | 0.80 | 195.00 | 156.00 |
| 1/13/2017 | NL | 0.40 | 135.00 | 54.00 |
| 1/13/2017 | RMH | 2.90 | 195.00 | 565.50 |

**Brooks Hubley LLP**                                                                 Page:  2

| | | | | | |
|---|---|---|---|---|---|
| 1/16/2017 | RMH | | 0.90 | 195.00 | 175.50 |
| 1/17/2017 | MRB | | 0.20 | 325.00 | 65.00 |
| 1/17/2017 | RMH | | 1.80 | 195.00 | 351.00 |
| 1/18/2017 | MRB | | 0.30 | 325.00 | 97.50 |
| 1/18/2017 | RMH | | 1.10 | 195.00 | 214.50 |
| 1/19/2017 | RMH | | 0.40 | 195.00 | 78.00 |
| 1/30/2017 | MRB | | 0.40 | 325.00 | 130.00 |
| 1/30/2017 | RMH | | 1.10 | 195.00 | 214.50 |
| 1/31/2017 | RMH | | 0.80 | 195.00 | 156.00 |

Sub-total Fees:                2,587.00

Rami Hernandez            10.90 hours at $   195.00/hr            2,125.50

**Brooks Hubley LLP**                                                                          Page: 3

| | | | |
|---|---|---|---|
| Nicole Lane | 0.40 hours at $ | 135.00/hr | 54.00 |
| Ace C. Van Patten | 0.20 hours at $ | 250.00/hr | 50.00 |
| Michael Brooks | 1.10 hours at $ | 325.00/hr | 357.50 |
| Total hours: | 12.60 | | |

**Expenses**

| | | Units | Price | Amount |
|---|---|---|---|---|
| 1/13/2017 | Postage. | 2.00 | 0.47 | 0.94 |
| 1/17/2017 | Postage. | 2.00 | 1.26 | 2.52 |
| 1/30/2017 | Postage. | 5.00 | 0.57 | 2.85 |
| | Sub-total Expenses: | | | 6.31 |

**Payments**

| | | | |
|---|---|---|---|
| 1/27/2017 | Payment | Check No. 00-0200048283 | 3,127.34 |
| 2/6/2017 | Payment | Check No. 00-0200048370 | 846.91 |
| | Sub-total Payments: | | 3,974.25 |

| | |
|---|---|
| **Statement Total** | 2,593.31 |
| Total Payments | 3,974.25 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 2,593.31 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 2,593.31 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP
1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of February 28, 2017
Invoice No: 15720

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/1/2017 | MRB | 1.10 | 325.00 | 357.50 |
| 2/1/2017 | RMH | 3.10 | 195.00 | 604.50 |
| 2/2/2017 | MRB | 0.40 | 325.00 | 130.00 |
| 2/2/2017 | RMH | 1.70 | 195.00 | 331.50 |
| 2/3/2017 | NL | 0.50 | 135.00 | 67.50 |
| 2/3/2017 | RMH | 8.00 | 195.00 | 1,560.00 |
| 2/6/2017 | MRB | 0.20 | 325.00 | 65.00 |

**Brooks Hubley LLP**                                                                                    Page:  2

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| 2/7/2017 | RMH | | 1.80 | 195.00 | 351.00 |
| 2/8/2017 | MRB | | 0.30 | 325.00 | 97.50 |
| 2/8/2017 | RMH | | 0.40 | 195.00 | 78.00 |
| 2/9/2017 | MRB | | 0.40 | 325.00 | 130.00 |
| 2/9/2017 | NL | | 0.40 | 135.00 | 54.00 |
| 2/9/2017 | RMH | | 2.90 | 195.00 | 565.50 |
| 2/10/2017 | RMH | | 7.00 | 195.00 | 1,365.00 |
| 2/14/2017 | RMH | | 0.20 | 195.00 | 39.00 |
| 2/21/2017 | RMH | | 0.30 | 195.00 | 58.50 |
| 2/22/2017 | MRB | | 0.20 | 325.00 | 65.00 |
| 2/22/2017 | NL | | 0.90 | 135.00 | 121.50 |
| 2/22/2017 | RMH | | 0.50 | 195.00 | 97.50 |

**Brooks Hubley LLP**                                                                                        Page:  3

| 2/23/2017 | RMH | | 0.40 | 195.00 | 78.00 |
|---|---|---|---|---|---|
| 2/27/2017 | RMH | | 0.20 | 195.00 | 39.00 |

| | | | | Sub-total Fees: | 6,255.50 |
|---|---|---|---|---|---|

| | Rami Hernandez | 26.50 hours at $ | 195.00/hr | 5,167.50 |
|---|---|---|---|---|
| | Nicole Lane | 1.80 hours at $ | 135.00/hr | 243.00 |
| | Michael Brooks | 2.60 hours at $ | 325.00/hr | 845.00 |
| | Total hours: | 30.90 | | |

**Expenses**

| | | | Units | Price | Amount |
|---|---|---|---|---|---|
| 2/2/2017 | Postage. | | 2.00 | 2.24 | 4.48 |
| 2/3/2017 | Postage. | | 2.00 | 2.66 | 5.32 |
| 2/6/2017 | Process Service. | | 1.00 | 65.00 | 65.00 |
| 2/8/2017 | Witness Fee. | | 1.00 | 52.84 | 52.84 |
| 2/9/2017 | Postage. | | 4.00 | 0.80 | 3.20 |
| 2/16/2017 | Postage. | | 3.00 | 3.50 | 10.50 |
| 2/17/2017 | Process Service. | | 1.00 | 58.12 | 58.12 |
| 2/17/2017 | Process Service. | | 1.00 | 65.00 | 65.00 |
| 2/20/2017 | Deposition. | | 1.00 | 1,465.10 | 1,465.10 |
| | | | Sub-total Expenses: | | 1,729.56 |

**Payments**

| 3/10/2017 | Payment | Check No. 00-0200048642 | | 2,593.31 |
|---|---|---|---|---|
| | | | Sub-total Payments: | 2,593.31 |

**Brooks Hubley LLP**                                                              Page:  4

|  |  |
|---|---|
| **Statement Total** | 7,985.06 |
| Total Payments | 2,593.31 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 7,985.06 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 7,985.06 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of March 31, 2017
Invoice No:  15816

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/2/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 3/14/2017 | MRB | 0.30 | 325.00 | 97.50 |
| 3/14/2017 | RMH | 1.40 | 195.00 | 273.00 |
| 3/15/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 3/17/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 3/21/2017 | MRB | 0.40 | 325.00 | 130.00 |
| 3/22/2017 | RMH | 0.50 | 195.00 | 97.50 |

**Brooks Hubley LLP**                                                                                    Page:  2

|  | | | | |
|---|---|---|---|---|
| | | | Sub-total Fees: | 715.00 |
| | | | | |
| Rami Hernandez | 2.50 hours at $ | 195.00/hr | | 487.50 |
| Michael Brooks | 0.70 hours at $ | 325.00/hr | | 227.50 |
| Total hours: | 3.20 | | | |

| **Expenses** | | | Units | Price | Amount |
|---|---|---|---|---|---|
| 3/2/2017 | Postage. | | 3.00 | 0.46 | 1.38 |
| 3/9/2017 | Deposition. | | 1.00 | 2,303.35 | 2,303.35 |
| 3/31/2017 | Delivery. | | 1.00 | 65.00 | 65.00 |
| | | Sub-total Expenses: | | | 2,369.73 |

| | |
|---|---|
| **Statement  Total** | 3,084.73 |
| Total Payments | 0.00 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 11,069.79 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 11,069.79 | 0.00 | 0.00 | 7,985.06 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of April 30, 2017
Invoice No:  15926

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

**Professional Fees**

| Date | Staff | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| 4/3/2017 | MRB | 0.30 | 325.00 | 97.50 |
| 4/3/2017 | RMH | 0.10 | 195.00 | 19.50 |
| 4/4/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 4/10/2017 | RMH | 0.50 | 195.00 | 97.50 |
| 4/14/2017 | RMH | 0.30 | 195.00 | 58.50 |
| 4/18/2017 | RMH | 0.10 | 195.00 | 19.50 |

Sub-total Fees:  331.50

| | | | |
|---|---|---|---|
| Rami Hernandez | 1.20 hours at $ 195.00/hr | | 234.00 |
| Michael Brooks | 0.30 hours at $ 325.00/hr | | 97.50 |
| | Total hours: | 1.50 | |

**Payments**

| Date | | | | Amount |
|------|---|---|---|--------|
| 5/1/2017 | Payment | Check No. 00-0200049057 | | 3,084.73 |

**Brooks Hubley LLP**                                                                    Page: 2

| 5/16/2017 | Payment | Check No. 00-0200049174 | 7,985.06 |
|---|---|---|---|

Sub-total Payments:     11,069.79

|  |  |
|---|---|
| **Statement Total** | 331.50 |
| Total Payments | 11,069.79 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 331.50 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 331.50 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of May 31, 2017
Invoice No: 16078

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| **Professional Fees** | | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/2/2017 | NL | 0.40 | 135.00 | 54.00 |
| 5/2/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 5/12/2017 | RMH | 0.20 | 195.00 | 39.00 |
| 5/22/2017 | MRB | 0.10 | 325.00 | 32.50 |
| 5/23/2017 | RMH | 1.00 | 195.00 | 195.00 |
| 5/30/2017 | RMH | 1.60 | 195.00 | 312.00 |
| 5/31/2017 | RMH | 2.10 | 195.00 | 409.50 |

Sub-total Fees: 1,081.00

| | | | |
|---|---|---|---|
| Rami Hernandez | 5.10 hours at $ | 195.00/hr | 994.50 |
| Nicole Lane | 0.40 hours at $ | 135.00/hr | 54.00 |
| Michael Brooks | 0.10 hours at $ | 325.00/hr | 32.50 |
| Total hours: | 5.60 | | |

**Brooks Hubley LLP**                                                    Page: 2

**Payments**

| | | | |
|---|---|---|---|
| 5/1/2017 | Payment | Check No. 00-0200049057 | 3,084.73 |
| 6/7/2017 | Payment | Check No. 00-0200049295 | 331.50 |
| | | Sub-total Payments: | 3,416.23 |

| | |
|---|---|
| Statement Total | 1,081.00 |
| Total Payments | 3,416.23 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 1,081.00 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 1,081.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP
1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of June 30, 2017
Invoice No:  16107

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250:  Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/1/2017 | RMH | 0.50 | 195.00 | 97.50 |
| 6/8/2017 | MRB | 0.40 | 325.00 | 130.00 |
| 6/8/2017 | RMH | 0.90 | 195.00 | 175.50 |
| 6/12/2017 | MRB | 0.40 | 325.00 | 130.00 |
| 6/12/2017 | RMH | 2.10 | 195.00 | 409.50 |
| 6/15/2017 | MRB | 0.20 | 325.00 | 65.00 |

Sub-total Fees: 1,007.50

| | | | |
|---|---|---|---|
| Rami Hernandez | 3.50 hours at $ | 195.00/hr | 682.50 |
| Michael Brooks | 1.00 hours at $ | 325.00/hr | 325.00 |
| Total hours: | 4.50 | | |

**Payments**

| 7/17/2017 | Payment | Check No. 00-0200049605 | 1,081.00 |
|---|---|---|---|

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of July 31, 2017
Invoice No: 16245

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121
1200-0250: Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/5/2017 | RMH | 1.10 | 195.00 | 214.50 |
| 7/6/2017 | RMH | 2.00 | 195.00 | 390.00 |
| 7/7/2017 | RMH | 2.00 | 195.00 | 390.00 |
| 7/10/2017 | MRB | 1.20 | 325.00 | 390.00 |
| 7/10/2017 | RMH | 1.50 | 195.00 | 292.50 |
| 7/27/2017 | RMH | 0.90 | 195.00 | 175.50 |
| 7/28/2017 | RMH | 2.50 | 195.00 | 487.50 |
| 7/31/2017 | MRB | 2.60 | 325.00 | 845.00 |
| 7/31/2017 | RMH | 2.00 | 195.00 | 390.00 |

Sub-total Fees: 3,575.00

| | | | |
|---|---|---|---|
| Rami Hernandez | 12.00 hours at $ | 195.00/hr | 2,340.00 |
| Michael Brooks | 3.80 hours at $ | 325.00/hr | 1,235.00 |

**Brooks Hubley LLP**                                                                                    Page:  2

Total hours:      15.80

**Payments**

8/10/2017              Payment         Check No. 00-0200049812                        1,007.50

                                                    Sub-total  Payments:          1,007.50

| | |
|---|---|
| Statement  Total | 3,575.00 |
| Total Payments | 1,007.50 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 3,575.00 |

Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 3,575.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

# Brooks Hubley LLP

1645 Village Center Circle Ste. 60
Las Vegas, NV 89134

(702) 851-1191

Statement as of August 31, 2017
Invoice No: 16267

Silver State Schools Credit Union
Tracy Meyer
4221 S McLeod Dr
Las Vegas, NV 89121

1200-0250: Hogue, Richard B v. Allied Collection Service |BK 01620
Case 2:16-cv-01620-JCM-VCF

| Professional Fees | | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/7/2017 | RMH | 3.20 | 195.00 | 624.00 |
| 8/8/2017 | RMH | 1.10 | 195.00 | 214.50 |
| 8/10/2017 | RMH | 1.10 | 195.00 | 214.50 |
| 8/12/2017 | MRB | 0.50 | 325.00 | 162.50 |
| | | | Sub-total Fees: | 1,215.50 |

| | | | |
|---|---|---|---|
| Rami Hernandez | 5.40 hours at $ | 195.00/hr | 1,053.00 |
| Michael Brooks | 0.50 hours at $ | 325.00/hr | 162.50 |
| Total hours: | 5.90 | | |

| | |
|---|---|
| **Statement Total** | 1,215.50 |
| Total Payments | 0.00 |
| Courtesy Discount: | 0.00 |
| **Total Now Due:** | 4,790.50 |

## Total Due Aging Statement

| Total Due | Less than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ days past due |
|---|---|---|---|---|
| 4,790.50 | 0.00 | 0.00 | 3,575.00 | 0.00 |

**Brooks Hubley LLP**                                                                                    Page:  2

Payment is Due Upon Receipt
Tax ID Number: 27-0289494
Please Make Checks to Brooks Hubley LLP
Please Include Invoice Number on Check

2/20/2018 9:40:37 AM | Kolesar & Leatham | Page 1

Draft for Work-In-Process Through 2/20/2018

**Matter ID: 10158-000008** | | Draft Seq # | 1

Billing Attorney: 229 - Brooks, Michael R.

Silver State Schools Credit Union
Attn: Tracy Meyer
4221 S. McLeod Drive
Las Vegas, NV 89121

Bill Format: 9002
Billing Cycle: M

Re: SSSCU adv. Hogue (16-01620)

| Billing Comments | Internal Comments |
|---|---|
| | email invoices to accountspayables@silverstatecu.com and cc jadams@silverstatecu.com |

## Billing & Payment Recap

| | | | |
|---|---|---|---|
| Total Billed Fees: | 1,535.00 | Combined Adv. Deposit Bal.: | 0.00 |
| Total Billed Costs: | 41.00 | Fee Adv. Deposit Bal.: | 0.00 |
| Total Billed Interest: | 0.00 | Cost Adv. Deposit Bal.: | 0.00 |
| Total Billed Retainer: | 0.00 | Trust Funds 1: | 0.00 |
| Total Collected: | 1,576.00 | Trust Funds 2: | 0.00 |
| Last Bill: | 01/05/18 | 97.50 | Trust Funds 3: | 0.00 |
| Last Payment: | 01/19/18 | 97.50 | Trust Funds 4: | 0.00 |
| Last Write-Off: | | | |

## WIP & A/R Aging

| As of 2/20/2018 | Total | Fees | Cost | Interest | Retainer | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Aging | | | |
| WIP | 4,625.25 | 4,598.50 | 26.75 | 0.00 | 0.00 | 4,625.25 | 0.00 | 0.00 | 0.00 |
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | **4,625.25** | **4,598.50** | **26.75** | **0.00** | **0.00** | **4,625.25** | **0.00** | **0.00** | **0.00** |

## Fee Recap - Actual Hourly Rate

| Timekeeper | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | On Hold | | | To Bill | | |
| DRC | 14.50 | 275.00 | 3,987.50 | | | | 14.50 | 275.00 | 3,987.50 |
| MRB | 1.70 | 325.00 | 552.50 | | | | 1.70 | 325.00 | 552.50 |
| PAF | 0.30 | 195.00 | 58.50 | | | | 0.30 | 195.00 | 58.50 |
| **Total WIP Fees** | **16.50** | | **4,598.50** | | | | **16.50** | | **4,598.50** |

## Disbursement Recap by Code

| Code | | Amount | On Hold | To Bill |
|---|---|---|---|---|
| 28 | Document Reproduction | 26.75 | | 26.75 |
| **Total WIP Costs** | | **26.75** | | **26.75** |
| **Total WIP** | | **4,625.25** | **0.00** | **4,625.25** |

## Billing Instructions

Bill Fees: _____    Write off Fees: _____    Bill Costs: _____    Write off Costs: _____

Do Not Bill: _____    Apply Advance Deposit: All _____ or Other Amount _____    Send Statement Only: _____

## Fee Detail

2/20/2018 9:40:37 AM                         Kolesar & Leatham                                    Page 2
                              Draft for Work-In-Process Through 2/20/2018
                              **Matter ID: 10158-000008**                    Draft Seq #        1

| Fee ID | Date | Atty | Description | Task:Act Hold | Hours | Rate | Amount |
|--------|------|------|-------------|---------------|-------|------|--------|
| 877939 | 02/07/18 | MRB | | | 0.60 | 325.00 | 195.00 |
| 877940 | 02/08/18 | DRC | | | 0.80 | 275.00 | 220.00 |
| 879122 | 02/08/18 | MRB | | | 0.20 | 325.00 | 65.00 |
| 879125 | 02/09/18 | MRB | | | 0.40 | 325.00 | 130.00 |
| 879188 | 02/12/18 | MRB | | | 0.20 | 325.00 | 65.00 |
| 879268 | 02/13/18 | DRC | | | 5.20 | 275.00 | 1,430.00 |
| 879314 | 02/13/18 | MRB | | | 0.30 | 325.00 | 97.50 |
| 879364 | 02/13/18 | PAF | | | 0.30 | 195.00 | 58.50 |
| 879489 | 02/14/18 | DRC | | | 4.40 | 275.00 | 1,210.00 |
| 879491 | 02/15/18 | DRC | | | 4.10 | 275.00 | 1,127.50 |

|  |  | **Total Fees** | **16.50** | **4,598.50** |
|--|--|---------------|-----------|--------------|

**Disbursement Detail**

| Cost ID | Date | Description/Payee | Task:Act | Hold | Amount |
|---------|------|-------------------|----------|------|--------|
| 2718710 | 02/07/18 | Document Reproduction | | | 2.50 |
| 2718712 | 02/07/18 | Document Reproduction | | | 2.50 |
| 2718714 | 02/07/18 | Document Reproduction | | | 1.00 |
| 2722990 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2722992 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2722994 | 02/08/18 | Document Reproduction | | | 1.25 |
| 2722996 | 02/08/18 | Document Reproduction | | | 2.75 |
| 2722998 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723000 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723002 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723004 | 02/08/18 | Document Reproduction | | | 0.75 |
| 2723006 | 02/08/18 | Document Reproduction | | | 0.75 |
| 2723008 | 02/08/18 | Document Reproduction | | | 0.50 |

2/20/2018 9:40:37 AM                     Kolesar & Leatham                              Page 3
                          Draft for Work-In-Process Through·2/20/2018
                          **Matter ID: 10158-000008**                    Draft Seq #          1

| Cost ID | Date | Description/Payee | Task:Act | Hold | Amount |
|---------|------|-------------------|----------|------|--------|
| 2723010 | 02/08/18 | Document Reproduction | | | 0.25 |
| 2723012 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723014 | 02/08/18 | Document Reproduction | | | 0.75 |
| 2723016 | 02/08/18 | Document Reproduction | | | 1.00 |
| 2723018 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723020 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723022 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723024 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723026 | 02/08/18 | Document Reproduction | | | 0.50 |
| 2723028 | 02/08/18 | Document Reproduction | | | 0.75 |
| 2723030 | 02/08/18 | Document Reproduction | | | 0.25 |
| 2725328 | 02/13/18 | Document Reproduction | | | 2.50 |
| 2725330 | 02/13/18 | Document Reproduction | | | 0.25 |
| 2725840 | 02/14/18 | Document Reproduction | | | 0.75 |
| 2725842 | 02/14/18 | Document Reproduction | | | 1.75 |
| 2725844 | 02/14/18 | Document Reproduction | | | 0.25 |
| 2726402 | 02/15/18 | Document Reproduction | | | 0.25 |
| 2726404 | 02/15/18 | Document Reproduction | | | 0.25 |
| 2726406 | 02/15/18 | Document Reproduction | | | 0.25 |

                                              **Total Disbursements       26.75**

# KOLESAR & LEATHAM

400 South Rampart, Suite 400
Las Vegas, NV 89145-5725
(702) 362-7800
EIN 88-0229766

February 20, 2018

Silver State Schools Credit Union                                    Invoice  189434 -
Attn: Tracy Meyer
4221 S. McLeod Drive
Las Vegas, NV  89121

ID: 10158-000008 - MRB

Re: SSSCU adv. Hogue (16-01620)

For Services Rendered Through  1/5/2018

| | | |
|---|---|---|
| Current Fees | 1,535.00 | |
| Current Disbursements | 41.00 | |
| Total Current Charges | 1,576.00 | |
| **Total Current Due** | | **1,576.00** |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Richard O. Brunner | Paralegal | 0.50 | 145.00 | 72.50 |
| Michael R. Brooks | Shareholder | 4.50 | 325.00 | 1,462.50 |
| | **Totals** | **5.00** | | **1,535.00** |

## Disbursements

| Description | Amount |
|---|---|
| Document Reproduction | 24.50 |
| Computerized Legal Research | 16.50 |
| **Total Disbursements** | **41.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/17 | MRB | ( | 0.30 | 325.00 | 97.50 |
| 10/25/17 | MRB | | 0.50 | 325.00 | 162.50 |
| 10/30/17 | MRB | | 0.20 | 325.00 | 65.00 |

**Kolesar & Leatham**

| Silver State Schools Credit Union | | | | February 20, 2018 |
| I.D. 10158 | | | | Invoice 189434 |
| Re: SSSCU adv. Hogue (16-01620) | | | | Page 2 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/07/17 | ROB | | 0.50 | 145.00 | 72.50 |
| 11/28/17 | MRB | | 3.20 | 325.00 | 1,040.00 |
| 12/04/17 | MRB | | 0.30 | 325.00 | 97.50 |
| | | **Total Fees** | **5.00** | | **1,535.00** |

| Disbursements | | |
|---------------|---|---|
| Date | Description | Amount |
| | Document Reproduction | 24.50 |
| | Computerized Legal Research | 16.50 |
| | **Total Disbursements** | **41.00** |

# EXHIBIT "D"

# EXHIBIT "D"

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
DAVID R. CLAYSON, ESQ.
Nevada Bar No. 002826
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    mbrooks@klnevada.com
               dclayson@klnevada.com

Attorneys for Defendant,
Silver State Schools Credit Union

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD B. HOGUE, | CASE NO. 2:16-cv-01620-JCM-VCF |
| Plaintiff, | |
| vs. | |
| ALLIED COLLECTION SERVICE, INC; SELENE FINANCE, LLC; MOUNTAIN AMERICA CREDIT UNION; SILVER STATE SCHOOLS CREDIT UNION; IBEW PLUS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**AFFIDAVIT OF MOVING COUNSEL**

STATE OF NEVADA          )
                                        ) ss:
COUNTY OF CLARK        )

Affiant, David R. Clayson, Esq., being first sworn, deposes and says, of his own knowledge, as follows:

1.      That your affiant is a shareholder with the firm of Kolesar & Leatham who is currently representing the Defendant SILVER STATE SCHOOLS CREDIT UNION in the above-captioned matter;

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

2.      Prior to Kolesar & Leatham's representation of the Defendant SILVER STATE SCHOOLS CREDIT UNION was represented by the law firm of Brooks Hubley LLP until September 11, 2017;

3.      Attached to this Motion as Exhibit C are true and accurate copies of billing statements from both the firms of Kolesar & Leatham and Brooks Hubley LLP for the work performed in the defense of the Defendant SILVER STATE SCHOOLS CREDIT UNION in the above-captioned matter (except for the blocking out of information describing the legal work performed because this reflects attorney work product that the other side should not be allowed to see because the Plaintiff has filed a Notice of Appeal);

4.      That an unredacted version of these billing statements will be provided for this Court's review and examination in camera, upon request;

5.      That the total amount of $29,488.50 was expended in legal fees for defending the claims brought by the Plaintiff against the Defendant SILVER STATE SCHOOLS CREDIT UNION which involved filing an answer, engaging in discovery (including attending the deposition of the Plaintiff), propounding written discovery upon the Plaintiff and the co-defendant EXERIAN INFORMATION SOLUTIONS, INC., disclosing documents and witnesses, reviewing the responses to written discovery and disclosures, drafting and responding to motions, advising the client with updates of this matter, and other essential tasks for defending this matter;

6.      The Brooks Hubley LLP billing statement of July 31, 2016 was for $1,162.00; the Brooks Hubley LLP billing statement of September 30, 2016 was for $3,113.50; the Brooks Hubley LLP billing statement of October 31, 2016 was for $1,625.00; the Brooks Hubley LLP billing statement of $583.00; the Brooks Hubley LLP billing statement of November 30, 2016 was for $104.00; the Brooks Hubley LLP billing statement of January 31, 2017 was for $2,587.00; the Brooks Hubley LLP billing statement of February 28, 2017 was for $6,255.50; the Brooks Hubley LLP billing statement of March 31, 2017 was for $715.00; the Brooks Hubley LLP billing statement of April 30, 2017 was for $331.50; the Brooks Hubley LLP billing statement of May 31, 2017 was for $1,081.00; the Brooks Hubley LLP billing statement of June

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   30, 2017 was for $1,007.50; the Brooks Hubley LLP billing statement of July 31, 2017 was for
2   $3,575.00; the Brooks Hubley LLP billing statement of August 31, 2017 was for $1,215.00;
3   Kolesar & Leatham billing statement of December 31, 2017 of $1,535.00; and Kolesar &
4   Leatham billing statement as of February 20, 2018 of $4,598.50.

5        7.     The work performed as described in the prior paragraph eventually resulted in this
6   Honorable Court dismissing all claims brought against the Defendant SILVER STATE
7   SCHOOLS CREDIT UNION;

8        8.     The defense of this matter required knowledge and application of complex federal
9   litigation, interpretation and understanding of federal statutes and case law interpreting same, and
10  applying the law to these facts which required skill to perform these legal skills and which
11  required the attorneys and paralegal involved in this defense to not work on other matters while
12  they were required to work on this matter;

13       9.     The fee in this matter is hourly and is accurately reflected on the attached billing
14  statements for the attorneys working on this matter;

15       10.    The client Defendant SILVER STATE SCHOOLS CREDIT UNION has
16  employed Michael Brooks, Esq. as its counsel on numerous cases for his knowledge and
17  expertise of civil litigation and the Fair Credit Reporting Act;

18       11.    That the attached portions of the deposition of transcript of the Plaintiff is a true
19  and accurate copy of said transcript; and

20       Further Affiant sayeth naught.

21
22  David R. Clayson, Esq.

23  STATE OF NEVADA        )
                          ) ss:
24  COUNTY OF CLARK      )

25       Signed and sworn to before me on this 21st day of February, 2018, by Affiant David R.
26  Clayson.

27
28

CHRISTI M. COLUCCI
Notary Public-State of Nevada
Appointment No. 93-1513-1
My Appointment Expires Jan. 2, 2022

Notary Public in and for said County and State

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472